# MOUTONDELL'ANNO LLP

**Gregory P. Mouton, Jr.**, Partner

+1 646 706 7481 (t)
+1 646 706 7481 (f)
gmouton@moutondellanno.com

March 16, 2018

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, NY  11201

Via ECF

Re:   <u>Guzman Diaz v. City of New York, et al.</u>, 18 CV 551 (WFK) (RER)

Your Honor,

My office represents Plaintiff Guzman Diaz in the above-entitled action.  In that capacity, I to also provide the Court with a status report regarding compliance with the Court's February 14, 2018, Order.  Contrary to Defendants' assertions in their letter appearing at Docket Entry No. 9, Plaintiff has complied with the Court's Order.  Defendants' letter was submitted to the Court with absolutely no input by the undersigned, and without counsel for Defendants, Suzanne Aribakan, Esq., conferring with the undersigned.

Defendants have purposefully misled the Court as to Plaintiff's compliance with the Order.  Defendants fail to inform the Court that a release pursuant to N.Y. C.P.L. § 160.50 was hand-delivered to the New York City Law Department on January 30, 2018, and accepted by B. Mazyck, a Service Window Clerk with Ms. Aribakan's office.  And, in fact, since that date, Ms. Aribakan has used the release to obtain sealed records related to this matter.  Defendants also fail to inform the Court that Mr. Diaz did not receive any medical treatment in connection with this incident.  As such, there are no relevant medical releases to provide Defendants.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Gregory P. Mouton, Jr., Esq.

cc:

Suzanne Aribakan, Esq. (via ECF)