# MOUTONDELL'ANNO LLP

**Gregory P. Mouton, Jr.**, Partner

+1 646 706 7481 (t)
+1 646 706 7481 (f)
gmouton@moutondellanno.com

April 20, 2018

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, NY  11201

Via ECF

Re:   <u>Guzman Diaz v. City of New York, et al.</u>, 18 CV 551 (WFK) (RER)

Your Honor,

My office represents Plaintiff Guzman Diaz in the above-entitled action.  In that capacity, I write to provide the Court with a status report regarding the parties' FRCP Rule 26 meeting.  Following the Court's Order denying Defendants' request to adjourn the Initial Conference, the undersigned reached out to Ms. Aribakan to conduct the FRCP Rule 26 meeting.  There has been no response.  However, the undersigned will try to reach Ms. Aribakan again on April 23, 2018, and will file another report regarding the outcome of the meeting on that date.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Gregory P. Mouton, Jr., Esq.

cc:

Suzanne Aribakan, Esq. (via ECF)
New York City Law Department
*Attorneys for Defendants*
100 Church Street
New York, NY  10007